**Order entered July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00940-CV

### IN RE ZIMMER, INC., Relator

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03111-2011**

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file their responses to the petition, if any, on or before August 4, 2014.

/s/    DAVID LEWIS
       JUSTICE